1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200

4  Attorneys for the United States

FILED

MAY 20 2008

CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

5               UNITED STATES DISTRICT COURT

6               NORTHERN DISTRICT OF CALIFORNIA

7                      SAN JOSE DIVISION

8
   UNITED STATES OF AMERICA,           )   CRIMINAL NO. 08-mj-70294PVT
9                                      )
         Plaintiff,                    )
10                                     )
         v.                            )   NOTICE OF PROCEEDINGS ON
11                                     )   OUT-OF-DISTRICT CRIMINAL
   Howard Lockhart                     )   CHARGES PURSUANT TO RULES
12                                     )   5(c)(2) AND (3) OF THE FEDERAL RULES
         Defendant.                    )   OF CRIMINAL PROCEDURE
13                                     )
                                       )
14 _____ )

15     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

16 Procedure that on __5/10/08__, the above-named defendant was arrested based upon an

17 arrest warrant (copy attached) issued upon an

18     ☐ Indictment    ☐ Information    ☐ Criminal Complaint    ☒ Other _____

19 pending in the __Central__ District of __California__, Case Number __1129345__.

20     In that case, the defendant is charged with a violation(s) of Title(s) __18__ United States Code,

   Section(s) __111__.
21
   Description of Charges: __18 U.S.C. § 111, Assault_____.
22

23
                                           Respectfully Submitted,
24                                         JOSEPH P. RUSSONIELLO
                                           UNITED STATES ATTORNEY
25 Date: __5/20/08__
                                           _____
26                                         Assistant U.S. Attorney

27

28

                                       1

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11/05, 20 07 while exercising my duties as a law enforcement officer in the Central District of California

Saw Suspect approach HQ

Displaying belligerence

Think Jot

[body of narrative lines, mostly blank]

The foregoing statement is based upon:
[X] my personal observation
[X] my personal investigation
[ ] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/05/07   [signature]
    Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ [signature] US Magistrate Judge
    Date (mm/dd/yyyy)

CVB Scan 11/20/2007 14:22:40

---

## United States District Court
### Violation Notice

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1129345 | James S Orr | 5822 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged [X] CFR [ ] USC [ ] State Code | Place of Offense |
|---|---|---|
| 11-05-07 | 104.111 | NASA Ro Ames Moffett Blvd Moffett Field, CA |

Offense Description: Suspect assaulted a GSA employee

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| [illegible] | [illegible] | D |

Street Address: ___
City: ___ State: CA  Zip Code: ___
Drivers License No: ___ DL State: ___
Date of Birth (mm/dd/yyyy): __/__/__
Social Security No: 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
Sex: [X] Male [ ] Female   Eyes: Blu  Hair: Blk  Height: 5'2  Weight: 120
Adult [X] Juvenile [ ]

### VEHICLE DESCRIPTION
Tag No: ___ State: ___ Year: ___ Make/Model: ___ Color: ___

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS
B [ ] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS.

Forfeiture Amount: $___
+ $25 Processing Fee
Total Collateral Due: $___

PAY THIS AMOUNT → $___

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 280 East Taylor St, S.J., California   Date (mm/dd/yyyy): 2/21/07  Time: 9:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: ___

T85803

# UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA vs. LOCKHART, HOWARD HOMELESS Defendant | Violation Notice Number(s) 1129345 CC42 ASSAULT | Violation Date(s) 11/05/2007 |
|---|---|---|

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ **APPEARANCE REQUIRED** may be Forfeited in Lieu of Appearance.

Date 1-8-08

_____
United States Magistrate Judge
HON STEPHEN HILLMAN

## RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| | DATE | LOCATION |
|---|---|---|
| | | |

Name _____ Title _____ District _____

Date _____ Signature _____