1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL A. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara St., Ste. 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant: LOCKHART

**FILED**

MAY 20 2008

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 08-70294 [PROPOSED] |
| Plaintiff, | ) ORDER OF DISMISSAL; ORDER TO |
| | ) RELEASE DEFENDANT |
| vs. | ) |
| | ) **Hon. Patricia V. Trumbull** |
| HOWARD LOCKHART, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED that for lack of probable cause and for violations of Rule 58 of the Federal Rules of Criminal Procedure, this matter in the Northern District of California is dismissed.

IT IS FURTHER ORDERED that the United States Marshal for the Northern District of California shall release the defendant forthwith.

IT IS SO ORDERED.

Date: May 20, 2008

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

- 1 -